# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-13945 PSH  
**Case Name:** FLEMING, ETHEL M  

**Trustee:** (330570)   DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 08/03/07 (f)  
**§341(a) Meeting Date:** 09/04/07  

**Period Ending:** 04/10/08  

**Claims Bar Date:** 12/10/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Lasalle | 163.73 | 163.73 | | 0.00 | FA |
| 2 | Landlord - Mike Kirvakis - Security Deposit | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Miscellaneous used household goods | 800.00 | 800.00 | | 0.00 | FA |
| 4 | Personal Used Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Miscellaneous costume jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 6 | John Hancock - Whole Life Insurance - cash surre | 2,080.64 | 2,080.64 | | 3,000.00 | FA |
| 7 | John Hancock - Whole Life Insurance - cash surre | 5,152.00 | 5,152.00 | | 0.00 | FA |
| 8 | 401(k) Plan through employer - 100% exempt | 7,960.00 | 7,960.00 | | 0.00 | FA |
| 9 | 02 Chevrolet Blazer, 60,000 miles | 9,850.00 | 9,850.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.96 | Unknown |
| 10 | Assets    Totals (Excluding unknown values) | $27,606.37 | $27,606.37 | | $3,003.96 | $0.00 |

**Major Activities Affecting Case Closing:**

ready for TFR 02/18/08 DPL



EXHIBIT B

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-13945 PSH | **Trustee:** (330570)   DAVID P. LEIBOWITZ |
| **Case Name:** FLEMING, ETHEL M | **Filed (f) or Converted (c):** 08/03/07 (f) |
| | **§341(a) Meeting Date:** 09/04/07 |
| **Period Ending:** 04/10/08 | **Claims Bar Date:** 12/10/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): September 4, 2008        Current Projected Date Of Final Report (TFR): September 4, 2008