**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FLEMING, ETHEL M | ) | |
| | ) | CASE NO. 07-13945 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At: U.S. BANKRUPTCY COURT
>       219 S. Dearborn, Courtroom 644
>       Chicago, Illinois 60604
>
>   on: **July 8, 2008**
>   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $       3,003.96

   b. Disbursements                             $           0.43

   c. Net Cash Available for Distribution $   3,003.53

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 750.99 | $ |
| Trustee | $ 0.00 | $ | $ 86.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $8,879.77, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $24.40%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 3,444.81 | $ 840.49 |
| 2 | Discover Bank/DFS Services LLC | $ 1,801.02 | $ 439.42 |
| 3 | Chase Bank USA | $ 1,359.81 | $ 331.77 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 1,299.80 | $ 317.13 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 623.09 | $ 152.03 |
| 6 | Recovery Management Systems Corporation | $ 351.24 | $ 85.70 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **June 3, 2008**           For the Court,

                          By:  **KENNETH S. GARDNER**
                               Kenneth S. Gardner
                               Clerk of the United States Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

945    Doc 23    Filed 06/03/08    Entered 06/06/08 00:43:30    Desc Imaged
Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1           Date Rcvd: Jun 03, 2008
Case: 07-13945                Form ID: pdf002             Total Served: 27
```

```
The following entities were served by first class mail on Jun 05, 2008.
db           +Ethel M Fleming,    7424 N Winchester Ave,    Apt 2N,    Chicago, IL 60626-1574
aty          +Jaime Dowell,    Legal Helpers,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7065
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11523093     +Associates/citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
11523094     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11644536      Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11523095     +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
11523096     +Citi Card,    PO Box 688915,    Des Moines, IA 50368-8915
11523097     +Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-0001
11523098     +City of Chicago,    Bureau of Parking,    333 S State St, Room 540,    Chicago, IL 60604-3951
11523101     +Evanston Northwestern Healthcare,    9532 Eagle Way,    Chicago, IL 60678-0001
11523100     +Evanston Northwestern Healthcare,    23056 Network Place,    Chicago, IL 60673-1230
11523102     +H&f Law,    33 N Lasalle Ste. 1200,    Chicago, IL 60602-3415
11523103     +Household Credit Services,    PO Box 98706,    Las Vegas, NV 89193
11523104     +Hsbc,    c/o United recovery systems,    Po Box 722929,    Houston, TX 77272-2929
11523092     +Michael K. Bane,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
11523105     +Nuvell Financial,    17500 Chenal Pkwy Ste 20,    Little Rock, AR 72223-9131
11523106     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
11523107     +Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
11523108      Univ of IL Chicago Physicians Grp,    135 S. LaSalle,    Box 3293,    Chicago, IL 60674-3293

The following entities were served by electronic transmission on Jun 04, 2008.
11523099      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2008 04:47:26     Discover Fin,    Pob 15316,
               Wilmington, DE 19850
11603939      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2008 04:47:26
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11704349      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11572624      E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2008 04:46:29
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11735636     +E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2008 04:47:22
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11598607     +E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2008 04:47:23
               Recovery Management Systems Corporation,    For YESSG I,    As Assignee of HOUSEHOLD BANK,
               25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
11523109     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2008 04:32:03     Wal-mart,    Po Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11523091*    +Ethel M Fleming,    7424 N Winchester Ave,    Apt 2N,    Chicago, IL 60626-1574
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 05, 2008**          **Signature:** *Joseph Speetjens*