## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-13945 PSH | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** FLEMING, ETHEL M | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****06-65 - Money Market Account |
| **Taxpayer ID #:** 13-7579098 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/19/08 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/07 | {6} | Ethel M. Fleming | non-exempt life insurance policy | 1129-000 | 3,000.00 | | 3,000.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.80 | | 3,000.80 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.56 | | 3,002.36 |
| 11/30/07 | | IRS | tax withholding | 2810-000 | | 0.43 | 3,001.93 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.52 | | 3,003.45 |
| 01/02/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.04 | | 3,003.49 |
| 01/02/08 | | To Account #********0666 | transfer in preparation of final report | 9999-000 | | 3,003.49 | 0.00 |
| 01/10/08 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.04 | | 0.04 |
| 04/10/08 | | David P. Leibowitz | Interest reversal | 9999-000 | -0.04 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,003.92** | **3,003.92** | **$0.00** |
| | | | Less: Bank Transfers | | -0.04 | 3,003.49 | |
| | | | **Subtotal** | | **3,003.96** | **0.43** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,003.96** | **$0.43** | |

Exhibit B

{} Asset reference(s)     Printed: 08/19/2008 12:36 PM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-13945 PSH | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | FLEMING, ETHEL M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****06-66 - Checking Account |
| Taxpayer ID #: | 13-7579098 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/19/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/08 | | From Account #********0665 | transfer in preparation of final report | 9999-000 | 3,003.49 | | 3,003.49 |
| 03/19/08 | | To Account #********0667 | For interest until approval of TFR | 9999-000 | | 3,003.49 | 0.00 |
| 07/10/08 | | From Account #********0667 | transfer in preparation of distribution | 9999-000 | 3,004.68 | | 3,004.68 |
| 07/11/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $750.99, Trustee Compensation;  Reference: | 2100-000 | | 750.99 | 2,253.69 |
| 07/11/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $86.00, Trustee Expenses;  Reference: | 2200-000 | | 86.00 | 2,167.69 |
| 07/11/08 | 103 | Recovery Management Systems Corporation | Dividend paid 24.41% on $3,444.81; Claim# 1; Filed: $3,444.81; Reference: | 7100-000 | | 840.93 | 1,326.76 |
| 07/11/08 | 104 | Discover Bank/DFS Services LLC | Dividend paid 24.41% on $1,801.02; Claim# 2; Filed: $1,801.02; Reference: | 7100-000 | | 439.66 | 887.10 |
| 07/11/08 | 105 | Chase Bank USA | Dividend paid 24.41% on $1,359.81; Claim# 3; Filed: $1,359.81; Reference: | 7100-000 | | 331.95 | 555.15 |
| 07/11/08 | 106 | LVNV Funding LLC its successors and assigns as | Dividend paid 24.41% on $1,299.80; Claim# 4; Filed: $1,299.80; Reference: | 7100-000 | | 317.30 | 237.85 |
| 07/11/08 | 107 | LVNV Funding LLC its successors and assigns as | Dividend paid 24.41% on $623.09; Claim# 5; Filed: $623.09; Reference: | 7100-000 | | 152.11 | 85.74 |
| 07/11/08 | 108 | Capital Recovery One | Dividend paid 24.41% on $351.24; Claim# 6; Filed: $351.24; Reference: | 7100-000 | | 85.74 | 0.00 |

Subtotals :    $6,008.17    $6,008.17

{} Asset reference(s)    Printed: 08/19/2008 12:36 PM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-13945 PSH | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** FLEMING, ETHEL M | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*06-66 - Checking Account |
| **Taxpayer ID #:** 13-7579098 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/19/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,008.17 | 6,008.17 | $0.00 |
| | | | Less: Bank Transfers | | 6,008.17 | 3,003.49 | |
| | | | **Subtotal** | | 0.00 | 3,004.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,004.68** | |

{} Asset reference(s)                                      Printed: 08/19/2008 12:36 PM     V.10.54

**Form 2**     Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-13945 PSH | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** FLEMING, ETHEL M | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*06-67 - Money Market Account |
| **Taxpayer ID #:** 13-7579098 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/19/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/08 | | From Account #\*\*\*\*\*\*\*\*0666 | For interest until approval of TFR | 9999-000 | 3,003.49 | | 3,003.49 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.33 | | 3,003.82 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 3,004.19 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.38 | | 3,004.57 |
| 07/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.11 | | 3,004.68 |
| 07/10/08 | | To Account #\*\*\*\*\*\*\*\*0666 | transfer in preparation of distribution | 9999-000 | | 3,004.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,004.68** | **3,004.68** | **$0.00** |
| | | | Less: Bank Transfers | | 3,003.49 | 3,004.68 | |
| | | | **Subtotal** | | **1.19** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.19** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*06-65** | 3,003.96 | 0.43 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*06-66** | 0.00 | 3,004.68 | 0.00 |
| **MMA # \*\*\*-\*\*\*\*\*06-67** | 1.19 | 0.00 | 0.00 |
| | **$3,005.15** | **$3,005.11** | **$0.00** |